IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00534-GPG

TERRELL FREDERICK, an individual, on his own behalf, and on behalf of LF, his minor child,

    Plaintiffs,

v.

OLD CHICAGO OF COLORADO, INC,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO PAY FILING FEE

On March 1, 2017, Plaintiff Terrell Frederick filed, through counsel, a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("IFP Application") (ECF No. 2). On May 5, 2017, the court ordered Mr. Frederick to file an amended application that includes up-to-date financial information. Mr. Frederick was warned that the IFP Application would be denied without further notice if he failed to file an amended application within thirty days.

On June 2, 2017, Mr. Frederick filed a Response to Order Directing Plaintiff to File Amended IFP Application and Notice of Withdrawal of Applications (ECF No. 6). Mr. Frederick states he is withdrawing the IFP Application and that he anticipates the ability to pay the full filing fee in each of his active cases in the District of Colorado. He also requests a reasonable time within which to pay the full filing fee.

The Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) will be denied as moot and Plaintiff will be directed to pay the full amount

of $400.00 within thirty days if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is denied as moot. It is

FURTHER ORDERED that Plaintiff shall pay the full amount of $400.00 ($350.00 filing fee, plus a $50.00 administrative fee) **within thirty (30) days from the date of this order** if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that, if Plaintiff fails to pay the full amount of $400.00 within the time allowed, the complaint and the action will be dismissed without further notice.

DATED June 8, 2017, at Denver, Colorado.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2