## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-00534-RBJ-MJW

Terrell Frederick, individually, and on behalf of LF, his minor child,

    Plaintiff,

v.

Old Chicago of Colorado, Inc.,

    Defendants.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

The Plaintiffs, Terrell Frederick, individually, and on behalf of LF, his minor child, and Defendant Old Chicago of Colorado, Inc., by their respective counsel, hereby stipulate and agree to the dismissal with prejudice of all claims that were or could have been asserted against this Defendant, each party to pay their own costs, expenses, and attorneys' fees.

The Parties further request that the Court enter the attached Order dismissing with prejudice all claims against Old Chicago of Colorado, Inc., each party to pay their own costs, expenses, and attorneys' fees.

DATED this 2nd day of November, 2017.

| | |
|---|---|
| /s/ Jeff Emberton | /s/ Lisanne Leasure |
| Jeff Emberton | Lisanne N. Leasure |
| Colorado Legal Counsel, LLC | Denise Canada |
| P.O. Box 2309 | Faraci Leasure, LLC |
| Boulder, CO 80306 | 4500 Cherry Creek Drive South, Ste. 625 |
| Email: Jeff@adacivilrights.com | Glendale, CO 80246 |
| *Attorneys for Plaintiffs* | Telephone: (720) 904-1190 |

                                  Fax: (720) 294-1190
                                  lleasure@faracileasure.com
                                  dcanada@faracileasure.com
                                  *Attorneys for Defendant*
                                  *Old Chicago of Colorado, Inc.*